# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHELBY GRAPHMAN AND TRINTT GRAPHMAN<br>　　Plaintiffs<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br>　　Defendant | § § § § § § § § § § | Civil Action No.: 5:23-cv-1381 |

## DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S NOTICE OF REMOVAL

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

Defendant State Farm Mutual Automobile Insurance Company ("State Farm") files this Notice of Removal pursuant to 28 U.S.C. § 1446(a) and respectfully shows the following:

*Procedural Background*

1. On August 29, 2023, Plaintiffs filed their Original Petition against diverse Defendant State Farm Mutual Automobile Insurance Company ("State Farm"), styled Cause No. 2023CI18559; Shelby Graphman and Trintt Graphman vs. State Farm Insurance; In the 288th Judicial District Court, Bexar County, Texas. Defendant was incorrectly served as State Farm Insurance on October 2, 2023, State Farm Mutual Automobile Insurance Company filed their answer October 18, 2023.

*Nature of the Suit*

2. This lawsuit involves claims for personal injuries arising out of an automobile accident which occurred on November 17, 2022. Plaintiffs claim the "… tortfeasor was operating a stolen vehicle and evading insert jdn law enforcement at a high rate of speed when it crashed

into Plaintiffs' vehicle." [1] Plaintiffs' seek UM/UIM benefits under a policy issued by Defendant State Farm Mutual Automobile Insurance Company. Plaintiffs seek actual damages pursuant to the contract of insurance with State Farm, including declaratory relief, reasonable and necessary attorney's fees, pre and post interest and court costs. Plaintiffs also seek past and future mental anguish, past and future medical expenses, physical impairment, loss of earnings capacity, exemplary damages, and property damages.

### Basis for Removal

3. Removal is proper under 28 U.S.C. §1332 because there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

4. There is complete diversity of citizenship between the parties. At the time State Farm was served with the citation on October 2, 2023, and as of the date of filing this Notice, State Farm was and is a citizen of Illinois. Defendant was incorporated under the laws of the State of Illinois, and its principal place of business is in Bloomington, Illinois. Accordingly, State Farm was and is considered an out-of-state citizen for diversity jurisdiction purposes.

5. Upon information and belief, Plaintiffs are a citizen of Texas when they filed their Original Petition and continue to be citizens of Texas.

6. Further, this Court has diversity jurisdiction over this matter because the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Plaintiffs seek in their Original Petition for "…monetary relief of over $1,000,000 excluding interest, statutory or punitive damages and penalties, and attorney's fees and costs." [2] Plaintiffs have also asserted a declaratory

---

[1] *Plaintiffs' Original Petition* (¶¶ 5);
[2] *Plaintiffs' Original Petition* (¶¶ 8);

2

judgment act for uninsured/underinsured benefits. The uninsured/underinsured motorist ("UM/UIM") policy provides UM/UIM limits of $50,000.00 per person and $100,000.00 per accident. Plaintiffs seek actual, monetary damages and attorney fees for bringing this suit. Thus, given the plain language of the Policy involved in Plaintiffs' claim, the nature of Plaintiffs' claims, and the types and amount of damages sought, the amount in controversy exceeds the federal jurisdictional minimum of $75,000.00.

7. Based on the Policy's coverage limits and the damages claimed, it would be legally possible for Plaintiffs to obtain a recovery of at least $75,000.00. This dispute exceeds the amount in controversy required for diversity jurisdiction pursuant to 28 U.S.C. §1332.

### *The Removal is Procedurally Correct*

8. Plaintiffs filed suit against Defendant State Farm in state court on August 29, 2023. Defendant was served on October 2, 2023. Defendant filed its answer in state court on October 18, 2023.

9. Removal is timely pursuant to 28 U.S.C. § 1446(b) and (c) and *Thompson v. Deutsche Bank Nat. Trust Co.*, 775 F.3d 298 (5th Cir. 2014). In *Thompson*, the Fifth Circuit held that a defendant's right to removal under 28 U.S.C. § 1446(b) and (c) runs from the date it is formally served with process. Here, State Farm was served on May 10, 2023.

10. Venue is proper under 28 U.S.C. § 1446(a) because this district and division embrace the place in which the removed action has been pending and because a substantial part of the events giving rise to Plaintiffs' claim allegedly occurred in this district.

11. Pursuant to 28 U.S.C. § 1446(a), all pleadings, process, orders, and all other filings in the state court action are attached to this notice.

12. Pursuant to 28 U.S.C. § 1446(d), promptly after State Farm files this Notice, written notice of filing of this Notice of Removal will be given to Plaintiff, the adverse party.

13. Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice will be filed with the Clerk of the 288th Judicial District Court, Bexar County, Texas, promptly after State Farm files this Notice.

WHEREFORE, Defendant State Farm Mutual Automobile Insurance Company requests that this action be removed from 288th Judicial District Court, Bexar County, Texas to the United States District Court for Western District of Texas, San Antonio Division, and that this Court enter such further orders as may be necessary and appropriate.

Respectfully submitted,

LINDOW STEPHENS SCHULTZ LLP
One Riverwalk Place
700 North St. Mary's Street, Suite 1700
San Antonio, Texas 78205
Telephone: (210) 227-2200
Facsimile: (210) 227-4602
mbrown@lsslaw.com

By: _____
Margaret F. Brown
Bar No. 24092181

COUNSEL FOR DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing Defendant State Farm Mutual Automobile Insurance Company's Notice of Removal was filed electronically with the United States District Court for the Western District of Texas, San Antonio Division, with notice of case activity to be generated and sent electronically by the Clerk of the Court with ECF notice being sent and a copy mailed *via electronic mail* on this 1st day of November, 2023, addressed to those who do not receive notice from the Clerk of the Court.

    Zachary J. Louton
    THOMAS J. HENRY, INJURY ATTORNEYS
    5711 University Heights, #101
    San Antonio, Texas 78249
    ZLouton-svc@TJHLaw.com

                                                                     Margaret Brown